**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ADRIAN HANSBURG**                                                                                             **PLAINTIFF**

**v.**                                    **5:16CV00204-BRW-JTK**

**SUSAN POTTS**                                                                                   **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 22nd day of August, 2016.

                                                                                                /s/ Billy Roy Wilson
                                                                                                UNITED STATES DISTRICT JUDGE